**FILED**
April 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT CARILLO, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00050 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Robert Carillo</u>; Case <u>2:12-mj-00050 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of _____

    <u>X</u> Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's brother, Randy Carillo

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond secured by Real Property

    \_\_ Corporate Surety Bail Bond

    <u>X</u> (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/30/2012</u> at <u>2:25 pm</u>.

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge